IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BellSouth Advertising & Publishing
Corporation, d/b/a AT&T Advertising & Publishing,

    Plaintiff,

vs.

Pancham Enterprises, Inc., d/b/a
Mr. Transmission/Milex Tune Up and Brakes,

    Defendant.
_____/

Case No. 1:10-CV-04695

FILED
12-3-2010
DEC - 3 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## SUGGESTION OF BANKRUPTCY

Defendant, Pancham Enterprises, Inc., d/b/a Mr. Transmission/Milex Tune Up and Brakes, through its undersigned attorney, pursuant to the Bankruptcy Code, suggests to the Court that on November 22, 2010, defendant filed a Debtor's Petition for Relief under Chapter 7 of Title 11, United States Code, as a voluntary debtor in the United States Bankruptcy Court, Middle District of Florida, Orlando, Florida, case number 6:10-bk-20935. Defendant further suggests that (a) An Order for Relief was entered by the Bankruptcy Court; (b) The proceeding in this Court is founded upon a claim from which a discharge would be a release or seeks to impose a charge on the property of the debtor's estate; (c) Defendant's right to a discharge has not been determined and, (d) Continuation of this suit is stayed in conformity with Section 362(a) of the Bankruptcy Code.

                              Richard W. Hennings
                              Richard W. Hennings, P.A.
                              205 North Joanna Avenue
                              Tavares, Florida 32778
                              Telephone No. 352-343-3335
                              Facsimile No. 352-343-5458
                              Florida Bar No.: 0192633

    I hereby certify that a copy of the foregoing has been furnished by U.S. Mail and fax transmission this __24__ day of November 2010 on Fredric Adam Cohen and Jessica Robbin Blaemire, Cheng Cohen LLC, 311 N. Aberdeen Street, Suite 400, Chicago, IL 60607, fax number 312-277-3961 and Seamus Michael Ryan, Corvus Janitorial Systems, 1400 West North Street, Second Floor, Chicago, IL 60642 fax number 773-630-8948.

                              Richard W. Hennings